
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 APR -1 AM 10:51

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **'08 MJ 0982** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326 |
| **Jesus PACHECO-Rebollar,** | Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **March 30, 2008** within the Southern District of California, defendant, **Jesus PACHECO-Rebollar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **April 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jesus PACHECO-Rebollar

## PROBABLE CAUSE STATEMENT

On March 30, 2008, at approximately 8:55 p.m., a Remote Video Surveillance System operator (RVSS) reported via service radio that he had spotted three individuals heading towards the secondary international border fence in an area known as "Sony Split." This area is approximately five miles east of the San Ysidro, California, Port of Entry and approximately fifty yards north of the United States/ Mexico boundary.

Supervisory Border Patrol Agent S. Houston, who was conducting line watch operations in an area, responded to the scene and found two individuals on top of the secondary fence. When Agent Houston ordered them off the fence, one of the individuals was able to climb down and run back into Mexico. Once the other person was down from the fence, Agent Houston identified himself as a Border Patrol agent and conducted an immigration inspection. The individual, later identified as the defendant **Jesus PACHECO-Rebollar**, admitted to being a citizen and national of Mexico illegally present in the United States. At approximately 9:00 p.m., the defendant was arrested and transported to Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **March 25, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.