

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1293 H |
| Plaintiff, | INFORMATION |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| JESUS PACHECO-REBOLLAR, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

### Count 1

On or about _March 23, 2008_, within the Southern District of California, defendant JESUS PACHECO-REBOLLAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on July 25, 1995 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Eastern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

WDK:psd:San Diego
4/8/08

<u>Count 2</u>

On or about March 30, 2008, within the Southern District of California, defendant JESUS PACHECO-REBOLLAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on July 25, 1995 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Eastern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 24, 2008.

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney

2